IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| GABRIEL JESUS LEON OLIVARES,<br>Petitioner, | §<br>§<br>§ | |
| v. | § | No. 3:25-CV-3096-K-BW |
| | § | |
| THOMAS BERGAMI, Warden,<br>Prairieland Detention Center, et al.,<br>Respondents. | §<br>§<br>§ | |

### ORDER REQUIRING SERVICE AND SETTING BRIEFING SCHEDULE

Petitioner Gabriel Jesus Leon Olivares, currently detained by U.S. Immigration and Customs Enforcement at Prairieland Detention Center, in the Dallas Division of this district, filed with the assistance of counsel an application for a writ of habeas corpus under 28 U.S.C. § 2241. (Dkt. No. 1.) United States District Ed Kinkeade is presiding, and this case has been referred to the undersigned United States magistrate judge under 28 U.S.C. § 636(b) and a standing order of reference.

The Court requests that the Clerk of Court electronically serve a copy of this order, together with a copy of the petition and its attachments, if any, on the United States Attorney for the Northern District of Texas.

That office must file, by **December 18, 2025**, an answer, motion, or other response to the petition (the "Response"). Leon Olivares may submit a reply brief to the Response within **21 days** from the date of service of the Response. Any reply filed must be limited to the arguments raised in the Response and shall not include any new allegations of fact or new grounds for relief.

**SO ORDERED** on November 13, 2025.

_____
BRIAN McKAY
UNITED STATES MAGISTRATE JUDGE