IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| GABRIEL JESUS LEON OLIVARES, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| v. | § | Civil Action No. 3:25-CV-3096-K |
| | § | |
| THOMAS BERGAMI, *et al.*, | § | |
| | § | |
| Respondents. | § | |

## ORDER

On November 12, 2025, Petitioner Gabriel Jesus Leon Olivares filed his Petition for Writ of Habeas Corpus (Doc. No. 1), alleging, generally, that his continued detention and Respondents' refusal to provide Petitioner with a bond hearing are unlawful. Petitioner also filed a Motion for Temporary Restraining Order and Preliminary Injunction (Doc. No. 12), requesting the Court forbid Respondents from further detaining Petitioner without providing him a bond hearing.

On January 8, 2026, the United States Magistrate Judge issued Findings, Conclusions, and Recommendation (Doc. No. 19), recommending that the undersigned grant in part Petitioner's Petition for Writ of Habeas Corpus and require Respondents to provide Petitioner with a bond hearing. Doc. No. 19 at 1–2. The United States Magistrate Judge also recommended that the undersigned deny Petitioner's Motion for Temporary Restraining Order and Preliminary Injunction. *Id.* at 2.

Any party who objects to any part of the United States Magistrate Judge's Findings, Conclusions, and Recommendation must file specific written objections within 14 days after being served with a copy of the Findings, Conclusions, and Recommendation. FED. R. CIV. P. 72(b)(2). Further, a party may respond to such objections within 14 days after being served with a copy of the objections. *Id.*

On January 7, 2026, Petitioner filed his Notice of Request for Grant of Motion for Temporary Restraining Order and Preliminary Injunction (Doc. No. 18), stating that his next immigration hearing will take place on January 15, 2026, "where it is possible that [Petitioner] will receive a removal order." Doc. No. 18 at 1. However, the prescribed time period to file objections to the Findings, Conclusions, and Recommendation, as well as responses to any objections, runs well past Petitioner's January 15, 2026 immigration hearing.

Respondents or any officer, agent, servant, employee, attorney, or representative acting on behalf of Respondents **SHALL NOT** take any further action or steps to deport or remove Petitioner from the United States to another country, territory, or foreign territory, or to circumvent the provisions of this Order until the Court rules on the United States Magistrate Judge's Findings, Conclusions, and Recommendation.

**SO ORDERED.**

Signed January 8th, 2026.

_Ed Kinkeade_
ED KINKEADE
UNITED STATES DISTRICT JUDGE