IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| GABRIEL JOSE LEON OLIVARES, | § | |
| Petitioner, | § | |
| | § | |
| v. | § | No. 3:25-cv-3096-K-BW |
| | § | |
| THOMAS BERGAMI, et al., | § | |
| Respondents. | § | |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings and conclusions in this case recommending that the Court should deny Petitioner Gabriel Joe Leon Olivares's amended petition for a writ of habeas corpus under 28 U.S.C. § 2241 and deny the motions for a temporary restraining order ("TRO"). Objections were filed. The District Court reviewed *de novo* those portions of the proposed findings, conclusions, and recommendation to which objection was made, and reviewed the remaining proposed findings, conclusions, and recommendation for plain error. Finding no error, the Court ACCEPTS the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

For the reasons stated in the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, the Court DENIES Petitioner's amended petition for writ of habeas petition [Dkt No. 25] and DENIES the motions for a TRO [Dkt. No. 12; Dkt. No. 28]. Petitioner's Objections to the Findings, Conclusions, and

Recommendation of the United States Magistrate Judge [Dkt No. 31], are OVERRULED.

SO ORDERED.

Signed April 29th, 2026.

_____
ED KINKEADE
UNITED STATES DISTRICT JUDGE